**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marco Antonio LIMON–RUIZ,**
**Defendant–Appellant.**

No. 04–20208.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 20, 2004.

James Lee Turner, Assistant U.S. Attorney, John Richard Berry, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Michael L Herman, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Marco Antonio Limon–Ruiz concedes that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.